FRANK N. DARRAS #128904
LISSA A. MARTINEZ #206994
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: fdarras@sbd-law.com; lmartinez@sbd-law.com
Attorneys for Plaintiff: ELIZABETH MAIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH MAIDA,

    Plaintiff,

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA; GRANITE BROADCASTING CORP LTD PLAN;

    Defendant

Case No. CV 08 2309

PLAINTIFF'S NOTICE OF INTERESTED PARTIES

TO THE COURT:

    The undersigned, counsel of records for Plaintiff, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1) ELIZABETH MAIDA – Plaintiff;

    2) LIFE INSURANCE COMPANY OF NORTH AMERICA – Defendant;

PLAINTIFF'S NOTICE OF INTERESTED PARTIES

1  3) GRANITE BROADCASTING CORP LTD PLAN – Defendant;

3  Dated April 28, 2008     SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

*/s/ Frank N. Darras*
FRANK N. DARRAS
Attorneys for Plaintiff Elizabeth Maida