1 | ADRIENNE C. PUBLICOVER (SBN 161432)
2 | CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
3 | 525 Market Street, 17th Floor
San Francisco, California 94105
4 | Tel: (415) 433-0990 / Fax: (415) 434-1370

5 | **Attorneys for Defendants**
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
6 | **And GRANITE BROADCASTING CORPORATION**
**LONG TERM DISABILITY PLAN**
7

8 | FRANK N. DARRAS  (SBN 128904)
LISSA A. MARTINEZ  (SBN 206994)
9 | SHERNOFF BIDART DARRAS
  ECHEVERRIA, LLP
10 | 3257 East Guasti Road, Suite 300
Ontario, CA  91761
11 | Tel: (909) 390-3770 / Fax: (909) 974-2121

12 | **Attorneys for Plaintiff**
**ELIZABETH MAIDA**
13

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | ELIZABETH MAIDA,                    ) Case No.:    CV08-02309 SC
                                      )
17 |            Plaintiff,              ) **STIPULATION TO EXTEND TIME TO**
                                      ) **ANSWER OR OTHERWISE RESPOND**
18 |      v.                           ) **TO PLAINTIFF'S COMPLAINT; AND**
                                      ) **[PROPOSED] ORDER**
19 | LIFE INSURANCE COMPANY OF         )
     NORTH AMERICA; GRANITE            ) **[Local Rule 6-1]**
20 | BROADCASTING CORP LTD PLAN;       )
                                      )
21 |            Defendants.            )
                                      )
22 |  _____)

23 |      IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between Plaintiff

24 | Elizabeth Maida and Defendants Life Insurance Company of North American ("LINA") and

25 | Granite Broadcasting Corporation Long Term Disability Plan (sued herein as "Granite

26 | Broadcasting Corp LTD Plan"), through their attorneys of record, as follows:

27 | ―――――――――――――――――――――――――――――――
                               1
28 | STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
     PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
USDC NDCA Case #CV08-02309 SC
354324.1

1. LINA's response to plaintiff's Complaint currently is due on June 2, 2008;

2. Defendant Granite Broadcasting Corporation Long Term Disability Plan accepted service of plaintiff's Complaint pursuant to a Waiver of Service of Summons dated and mailed on or about May 27, 2008;

3. The parties have agreed that Defendants LINA and Granite Broadcasting Corporation Long Term Disability Plan may have an extension to and including June 20, 2008 to answer or otherwise respond to the Complaint herein; and

4. This extension will not alter the date of any event or any deadline already fixed by Court order.

Date: May 28, 2008         WILSON, ELSER, MOSKOWITZ,
                           EDELMAN & DICKER LLP


                     By:    /s/ Charan M. Higbee
                           Adrienne C. Publicover
                           Charan M. Higbee
                           Attorneys for Defendants
                           LIFE INSURANCE COMPANY OF NORTH AMERICA
                           and GRANITE BROADCASTING CORPORATION
                           LONG TERM DISABILITY PLAN


Date: May 28, 2008         SHERNOFF BIDART DARRAS ECHEVERRIA, LLP


                     By:    Frank N Darras
                           Frank N. Darras
                           Lissa A. Martinez
                           Attorneys for Plaintiff
                           ELIZABETH MAIDA


                                ORDER

IT IS SO ORDERED.

Date: 6/4/08              By: [signature]
                           HONORABLE SAMUEL CONTI
                           United States Senior District Court Judge

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
USDC NDCA Case #CV08-02309 SC
354324.1

# CERTIFICATE OF SERVICE
*Elizabeth Maida v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV08-02309 SC*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Frank N. Darras, Esq.
Lissa A. Martinez, Esq.
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Tel:    (909) 390-3770
Fax:    (909) 974-2121

*Attorneys for Plaintiff*
*ELIZABETH MAIDA*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **May 28, 2008**, at San Francisco, California.

_____
Nancy Li