ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

**Attorneys for Defendants**
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**And GRANITE BROADCASTING CORPORATION**
**LONG TERM DISABILITY PLAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MAIDA, | Case No.:   CV08-02309 SC |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | [Civil L.R. 3-16] |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; GRANITE BROADCASTING CORP LTD PLAN; | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Connecticut General Corporation, a Connecticut corporation, is the parent company of defendant Life Insurance Company of North America. Connecticut General Corporation is a

---

1
**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
USDC NDCA Case #CV08-02309 SC
358432.1

1 | wholly-owned subsidiary of CIGNA Holdings, Inc. CIGNA Holdings, Inc. is a wholly-owned
2 | subsidiary of CIGNA Corporation.

Date: June 16, 2008

                       WILSON, ELSER, MOSKOWITZ,
                         EDELMAN & DICKER LLP

By: _____*/s/ Charan M. Higbee*_____
      Adrienne C. Publicover
      Charan M. Higbee
      Attorneys for Defendants
      LIFE INSURANCE COMPANY OF NORTH
      AMERICA and GRANITE BROADCASTING
      CORPORATION LONG TERM DISABILITY PLAN

**CERTIFICATE OF SERVICE**
*Elizabeth Maida v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV08-02309 SC*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→        : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Frank N. Darras, Esq.
Lissa A. Martinez, Esq.
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Tel:    (909) 390-3770
Fax:    (909) 974-2121

*Attorneys for Plaintiff*
*ELIZABETH MAIDA*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **June 16, 2008**, at San Francisco, California.

_____
Nancy Li

---

3
DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
USDC NDCA Case #CV08-02309 SC
358432.1