UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-2309          SAMUEL CONTI          DATE August 15, 2008
Case Number        Judge

Title: ELIZABETH MAIDA           vs LIFE INS. CO. OF N. AMERICA, et al.

Attorneys: BRIAN BORBA                CHARAN HIGBEE

Deputy Clerk: T. De Martini    Court Reporter: Kathy Sullivan

Court  Pltf's  Deft's
(XXX)  ( )    ( )    1. Status Conference - Held

( )    ( )    ( )    2.

( )    ( )    ( )    3.

( )    ( )    ( )    4.

( )    ( )    ( )    5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to 12/19/08 @ 10:00 a.m. for Further Status Conference

Case Continued to 12/19/08 @ 10:00 a.m. for Motions

ORDERED AFTER HEARING:

cc: