1  FRANK N. DARRAS #128904
   SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
2  3257 East Guasti Road
3  Ontario, CA 91761
   Telephone: 909.390.3770
4  Facsimile: 909.974.2121

5

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  ELIZABETH MAIDA,                    | Case No: C 08-02309 SC
12                                      |
            Plaintiff,                  | **STIPULATION RE VOLUNTARY**
13                                      | **DISMISSAL OF ENTIRE ACTION WITH**
        vs.                             | **PREJUDICE**
14                                      |
15  LIFE INSURANCE COMPANY OF           | **[ORDER ATTACHED]**
    NORTH AMERICA; GRANITE              |
16  BROADCASTING CORP LTD PLAN;         |
17                                      |
            Defendant                   |
18

19
        IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff ELIZABETH MAIDA,
20
    and defendants LIFE INSURANCE COMPANY OF NORTH AMERICA; GRANITE
21
    BROADCASTING CORP LTD PLAN; and their attorneys of record, that the parties have
22
    resolved this matter in its entirety.
23

24
        ///
25

26

27
        ///
28

- 1 -
STIP AND ORDER RE DISMISSAL

1   IT IS HEREBY AGREED that the complaint and any counterclaim on file herein
2   shall be dismissed with prejudice, each side to bear their own attorney fees and costs.
3
4   Dated: October 20, 2008        SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
5
6                                  _____
7                                  FRANK N. DARRAS
                                   Attorneys for Plaintiff
8                                  ELIZABETH MAIDA
9
10  Dated: October 23, 2008        WILSON, ELSER, MOSKOWITZ, EDELMAN &
11                                 DICKER, LLP
12
13                                 _____
                                   ADRIENNE C. PUBLICOVER
14                                 CHARAN M. HIGBEE
                                   Attorneys for Defendants
15                                 LIFE INSURANCE COMPANY OF NORTH
16                                 AMERICA; GRANITE BROADCASTING CORP LTD
                                   PLAN
17
18
19
20
21
22
23
24
25
26
27
28



SHERNOFF BIDART DARRAS ECHEVERRIA
LAWYERS FOR INSURANCE POLICYHOLDERS

| | |
|---|---|
| ELIZABETH MAIDA,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; GRANITE BROADCASTING CORP LTD PLAN;<br><br>Defendant | CASE NO: C 08-02309 SC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 10/28/08



_____
SAMUEL CONTI
Judge, United States District Court